IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


DARRYL D. MOREFIELD,

        Plaintiff,

v.                                    3:11cv161-WS

MICHAEL J. ASTRUE,,
Commissioner of Social
Security Administration,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation docketed May 16, 2012.  See Doc. 13.  The magistrate judge recommends that the Commissioner's decision with respect to the plaintiff's application for benefits be affirmed.  The plaintiff has filed a one-sentence objection (doc. 14) to the report and recommendation.  Specifically, the plaintiff states that he "respectfully objects to the Report and Recommendation on all the grounds set forth in his Memorandum in Support of Complaint."

       Having reviewed the record in light of the plaintiff's objections, this court finds that the magistrate judge's report and recommendation should be adopted.  Because the record contains substantial evidence to support the Commissioner's partially

unfavorable decision and because the plaintiff failed to show that the ALJ applied

improper legal standards, it is ORDERED:

     1.  The court ADOPTS the magistrate judge's report and recommendation to

affirm the Commissioner's decision.

     2.  The Commissioner's decision is AFFIRMED.

     3.  The clerk shall close the file.

     DONE AND ORDERED this ___4th___ day of ____June____, 2012.


                    s/ William Stafford_____
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE